## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **B.W., a deceased minor, through representatives LATOYA CARNEY, and BYRON WILSON, SR.** | * * * | NO. 20-CV-00901 |
| | * | SECTION: "I-03" |
| **VERSUS** | * * | HON. LANCE M. AFRICK |
| **CITY OF NEW ORLEANS, SHAUN FERGUSON, ALEX MIKKELSEN, JONATHAN BROOM, JEFFREY HARRINGTON, ALEX FLORIAN, COLBY STEWART, STEPHEN NGUYEN, ABC Insurance Companies 1-10, DOE DISTRICT COMMANDER, and DOES 1-10** | * * * * * * * * * * | MAG. DANA DOUGLAS |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF SUBMISSION

Please take notice of the attached Motion to Dismiss to this Court, the Honorable Lance M. Africk presiding, United States Courthouse, 500 Poydras St., room C405, New Orleans, Louisiana, on the 24th day of June, 2020 at 9:00 a.m.

Respectfully submitted:

*/s/ Darren P. Tyus*_____
**DARREN P. TYUS, LSB #30772**
ASSISTANT CITY ATTORNEY
**CORWIN ST. RAYMOND, LSB #31330**
DEPUTY CITY ATTORNEY
**CHURITA H. HANSELL, LSB #25694**
CHIEF DEPUTY CITY ATTORNEY
**DONESIA D. TURNER, LSB #23338**
SENIOR CHIEF DEPUTY CITY ATTORNEY

**SUNNI J. LEBEOUF, LSB #28633**
CITY ATTORNEY
1300 PERDIDO STREET, SUITE 5E03
NEW ORLEANS, LOUISIANA 70112
TEL: (504) 658-9800
FACSIMILE: (504) 658-9868
*Counsel for defendants City of New Orleans, Superintendent Shaun D. Ferguson, and Sergeant Stephen Nguyen*