UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LATOYA CARNEY, ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **No. 20-901** |
| **NEW ORLEANS CITY, ET AL.** | **SECTION I** |

## JUDGMENT

Considering the record, the Court's order[1] granting the motion to dismiss brought pursuant to Federal Rule of Civil Procedure 12(b)(6), and the law, for the reasons assigned,

**IT IS ORDERED** that the federal law claims of plaintiffs Latoya Carney and Byron Wilson, Sr. (collectively, "plaintiffs") against defendants City of New Orleans, Shaun Ferguson in his individual and official capacities, and Stephen Nguyen in his individual and official capacities (collectively, "defendants") are **DISMISSED WITH PREJUDICE** and that final judgment is entered in favor of defendants.

**IT IS FURTHER ORDERED** that plaintiffs' state law claims against the City of New Orleans, Shaun Ferguson, and Stephen Nguyen are **DISMISSED WITHOUT PREJUDICE** to their being timely asserted in state court.

New Orleans, Louisiana, July 14, 2020.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE

---

[1] R. Doc. No. 28.